

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00043-CR

**NOEL GOMEZ,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2011-605-C2**

## MEMORANDUM OPINION

Noel Gomez appealed his conviction for evading arrest/detention with a vehicle. *See* TEX. PENAL CODE ANN. § 38.04 (West 2016). Gomez has now filed a motion to dismiss his appeal stating the appeal is moot because the trial court granted a new trial.

Accordingly, the motion to dismiss is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

The Clerk of this Court is ordered to issue the mandate in this appeal at the same time this opinion is delivered.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Appeal dismissed
Mandate issued
Opinion delivered and filed March 28, 2018
Do not publish
[CR25]

